ERNEST HONIG v. JACOB RUBEL, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

J. P. DUFFY v. STAPLETON NATIONAL BANK, Impleaded, etc.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.